

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**NOTICE OF ORDER ON MOTION**

Cause number:      01-11-00822-CR

Style:      Thomas Wayne Florence

     **v** The State of Texas

Date motion filed[*]:      September 28, 2012

Type of motion:      RE: Fabricated Galveston Police Department case Complaint No. 2010-13986.

Party filing motion:      Pro Se

Document to be filed:

Is appeal accelerated? No

If motion to extend time:

     Original due date:

     Number of previous extensions granted:      Current Due date:

     Date Requested:

Ordered that motion is:

☐      Granted

     If document is to be filed, document due:

     ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐      Denied

☒      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

     **<u>Appellant must raise any and all arguments regarding error in the proceeding below in appellant's brief due October 29, 2012.</u>**

     Judge's signature: /s/ Justice Keyes
         ☐ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date:   October 5, 2012

November 7, 2008 Revision